# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

| | | |
|---|---|---|
| GERRY R. DICKSON | : | |
| | : | |
| Plaintiff, | : | Case No. 5:08-CV-8-R |
| | : | |
| v. | : | |
| | : | |
| NATIONAL MAINTENANCE & | : | |
| REPAIR OF KENTUCKY, INC. | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE PLAINTIFF'S EXPERTS**

COMES NOW Defendant National Maintenance & Repair of Kentucky, Inc., by and through counsel, hereby respectfully moves the Court for an Order excluding Plaintiff's experts Kenneth Rudo, Ph.D., Myron Mehlman, Ph.D., Roger Wabeke, and Dr. Nachman Brautbar pursuant to Federal Rule of Evidence 702. This Motion is supported by the expert reports and depositions of each expert witness, the Federal Rules of Evidence, and the cases decided thereunder, all of which conclusively demonstrate that Plaintiff's experts' opinions are not reliable and have no proper bases in fact or science. This Motion is supported by the accompanying Memorandum.

Respectfully submitted,

   s/ Megan C. Ahrens
Todd M. Powers (KY #83887)
Megan C. Ahrens (KY #92830)
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road, Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
tpowers@smbplaw.com
mahrens@smbplaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 1, 2011, I filed the foregoing using the Court's CM/ECF system which will electronically serve the following:

Brian S. Katz
Bloomfield & Katz
226 Broadway, Suite 1
P. O. Box 2903
Paducah, KY  42002-2903

L. Jeff Bloomfield
50 North Front Street, Suite 800
Memphis, TN  38173-0290
*Attorneys for Plaintiff*

                                      **s/ Megan C. Ahrens**
                                      Todd M. Powers (KY #83887)
                                      Megan C. Ahrens (KY #92830)
                                        Schroeder, Maundrell, Barbiere & Powers
                                        5300 Socialville-Foster Road, Suite 200
                                        Mason, OH 45040
                                        (513) 583-4200 Tel.
                                        (513) 583-4203 Fax
                                        tpowers@smbplaw.com
                                        mahrens@smbplaw.com
                                        *Attorneys for Defendant*