UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

GERRY R. DICKSON                     :
                                     :
            Plaintiff,               :          Case No. 5:08-CV-8-R
                                     :
      v.                             :
                                     :
NATIONAL MAINTENANCE &               :
REPAIR OF KENTUCKY, INC.             :
                                     :
            Defendant.               :

**DECLARATION OF FREDRIC GERR, M.D. IN SUPPORT OF
DEFENDANT NATIONAL MAINTENANCE & REPAIR OF
KENTUCKY, INC.'S *DAUBERT* MOTION**

COMES NOW Declarant, Fredric Gerr, M.D., and after being first duly cautioned and sworn, deposes and states as follows:

1.    My name is Fredric Gerr, M.D.  I am over the age of 18 and of sound mind.

2.    I am a medical doctor, with board certifications in internal medicine, as well as occupational and environmental medicine.   A true and accurate copy of my *curriculum vitae* is attached hereto as Exhibit "1."

3.    Multiple myeloma is cancer of plasma cells.  As a cancer of the blood system, multiple myeloma is classified as one of many hematologic cancers.  Luekemia and lymphomas are also hematopoeitic cancers, although they are distinct malignancies from multiple myeloma.

4.    Medical science recognizes that multiple myeloma is an "idiopathic" cancer; that is, medical science has not identified any known cause.

    •    **Bataille R, Harousseau J-L. Multiple Myeloma. *New England Journal of Medicine*. 336:1657-1664; 1997.**


EXHIBIT
6

- Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel J., Oken MM, Trichopoulos D. Multiple myeloma: A review of the epidemiological literature. *International Journal of Cancer*. 120:40-61; 2007. ("The etiology [of multiple myeloma] is unknown with no established lifestyle, occupational or environmental risk factors".)

- Kyle RA, Rajkumar SV. Epidemiology of the plasma cell disorders. *Best Practice and Research Clinical Haematology*. 20:637-644; 2007. ("The cause of multiple myeloma is unclear".)

- De Roos et al., "Multiple Myeloma" (Chapter 47). In: Schottenfeld and Fraumeni, Eds., Cancer Epidemiology and Prevention, Third Edition, Oxford University Press, Oxford, UK, 2006.

- Brown LM, Baris D, Devesa SS. "Epidemiology of Multiple Myeloma" (Chapter 26). In: Wiernik PH, Goldman JM, Dutcher JP, Kyle RA, Eds. Neoplastic Diseases of the Blood. Fourth Edition. Cambridge University Press, Cambridge, UK., 2003.

- Seymour G, Wang M, Lin P, Weber D, " Multiple Myeloma and Other Plasma Cell Dyscrasias" (Chapter 8). In: Kantarjian HM, Wolff RA, Koller CA: MD Anderson Manual of Medical Oncology: McGraw-Hill Professional, 2006.

5.     No study, review or medical textbook has concluded that exposure to diesel exhaust

is a known cause of multiple myeloma.

- Riedel DA, Pottern LM. The Epidemiology of Multiple Myeloma. *Hematology/Oncology Clinics of North America*. 6:225-247;1992. (After examining the results of 185 studies on the epidemiology of multiple myeloma, the authors concluded: "The role of occupational exposures on the risk of multiple myeloma remains unclear." (p. 232)).

- Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel J., Oken MM, Trichopoulos D. Multiple myeloma: A review of the epidemiological literature. *International Journal of Cancer*. 120:40-61; 2007. ("Several cohort, case-control, and proportionate mortality studies have found no significant association of risk of multiple myeloma with exposure to diesel exhaust and/or engine exhaust, or occupations with potential for such exposure.")

- Wong O. Is there a causal relationship between exposure to diesel exhaust and multiple myeloma? *Toxicology Review* 22:91-102; 2003. (After reviewing 20 studies examining the role of diesel exhaust in the causation of multiple myeloma, "there is no scientific evidence for a causal relationship between

**diesel exhaust and multiple myeloma." (Page 101)).**

6.     The EPA, U.S. National Toxicology Program, and the International Agency for Research on Cancer – major environmental and public health agencies – have studied the health effects of diesel exhaust and do not associate diesel exhaust with multiple myeloma.

7.     Association and causation are distinct epidemiologic concepts. An association is a necessary, but not sufficient, condition for causation. However, association alone does not prove causation. Therefore, finding an association between an agent and a disease, while also finding there to be no known cause for the same disease, is not internally inconsistent.

8.     An association between an exposure and an adverse health condition occurs when the adverse health condition is more common or more severe among those who have experienced the exposure than it is among those who have not experienced the exposure. Association is a necessary condition for causation, but it is not, itself, proof of causation.

9.     For example, if we were to segregate people who are heavy drinkers of whiskey from people who drink no whiskey, we would observe (at least in the United States) that smoking is more common among the heavy drinkers than among the non-drinkers. This would lead to the observation of an association between whiskey drinking and lung cancer. The association is real (or true), but it is not causal. The association between whiskey drinking and lung cancer would be due to the fact that the whiskey drinkers were more likely to be smokers, not because whiskey, itself, causes lung

cancer. In this example, one way to test whether the association between whiskey drinking and lung cancer is causal is to, in some way, prevent whiskey drinking, but make no change to smoking. If smoking continued in the absence of whiskey drinking, no reduction in lung cancer would be observed. The converse is not true. If smoking were eliminated, but whiskey drinking continued without change, then nearly all lung cancer would vanish. The whiskey was associated with lung cancer, but was not causing it. The smoking was also associated with lung cancer and was causing it.

10. Non-casual associations are seen in the medical literature as a result of statistical chance, as well as confounding – mixing of exposures. This explains why, in epidemiological science, no one study is considered proof of causation. Rather, consistency across the whole body of literature is considered necessary for an association to be considered causal, rather than non-casual.

11. In his expert report, Myron Mehlman, Ph.D. includes Table 5 identifying seven studies from Infante [2006]. Six of the seven studies included in Table 5 fail to show a statistically significant increase in the risk of multiple myeloma.


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Fredric Gerr, M.D.

Date: January 31, 2011

Page 4